ANTHONY J. PRUZINSKY
LAUREN E. KOMSA
*HILL RIVKINS LLP*
Attorneys for Plaintiff
Diebold, Inc.

45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
DIEBOLD INCORPORATED

      Plaintiff,

  - *Against* -

A.P. MØLLER – MAERSK A/S d.b.a MAERSK
LINE, MAURICE WARD & CO. KFT and CRANE
WORLDWIDE LOGISTICS

      Defendants.
-----------------------------------------------------------X

Index No.: 11 CV 0856 (MGC)

**AFFIDAVIT OF SERVICE OF**
**NOTICE OF CASE MANAGEMENT**
**AND SCHEDULING CONFERENCE**

STATE OF NEW YORK
COUNTY OF NEW YORK       SS:

    The undersigned, being duly sworn, says: I am not a party to this action, am over 18 years of age and reside at Mahwah, NJ 07430. That on the 23rd day of March, 2011, I served the annexed NOTICE OF CASE MANAGEMENT AND SCHEDULING CONFERENCE by e-mail, and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S Postal Service within New York State, addressed to the following persons at the last known address set forth at his name:

1

Eric Lenck
Attorney for Defendant A.P. Moller-Maersk A/S
Freehill, Hogan & Mahar LLP
80 Pine Street, New York, N.Y. 10005-1759
lenck@freehill.com

Patrick Corbett
Rubin, Fiorella & Frideman, LLP
Attorneys for Defendant Crane Worldwide Logistics
292 Madison Ave # 11
New York, NY 10017-7320
pcorbett@RubinFiorella.com

_____
Lauren E. Komsa

Subscribed and sworn before me
This 23rd day of March, 2011.

_____
Notary Public

ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2013

2