UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DIEBOLD INCORPORATED

        Plaintiff,

- *Against* -

A.P. MØLLER – MAERSK A/S d.b.a. MAERSK
LINE, MAURICE WARD & CO. KFT, and
CRANE WORLDWIDE LOGISTICS

        Defendants.

------------------------------------------------------------X



Index No.: 11 CV 0856 (MGC)

**ORDER AND STIPULATION OF DISCONTINUANCE**

The above captioned matter having been settled by the parties,

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the parties having appeared in this action (Defendants A.P. MØLLER – MAERSK A/S and MAURICE WARD & CO. KFT not having appeared) that the above captioned matter, including all claims and cross-claims, has and hereby is discontinued and dismissed with prejudice and without costs or attorneys' fees to any party, subject to reopening by Plaintiff by letter request within sixty days of entry of this Order should payment not be consummated.

Dated:   New York, New York
         May 3, 2011

                        HILL RIVKINS & HAYDEN LLP
                        Attorneys for Plaintiff
                        DIEBOLD INCORPORATED

BY: _____
                        Lauren E. Komsa, Esq.
                        45 Broadway
                        New York, NY 10006
                        (212) 669-0600


                        RUBIN, FIORELLA & FRIEDMAN LLP
                        Attorneys for Defendant
                        CRANE WORLDWIDE LOGISTICS, LLC

BY: _____
                        Patrick J. Corbett, Esq.
                        292 Madison Avenue, 11th Floor
                        New York, NY 10017
                        (212) 953-2381


SO ORDERED: May 4, 2011

S/ _____
United States District Judge

Close Case